E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeanine Santiago     Plaintiff,

vs.

Federal Bureau of Prisons et al,

Defendant.

CASE NO: CV 08 3837 VRW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Jeanine Santiago__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes __X__ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$36.00 per month__  Net: __same__

Employer: __Federal Bureau of Prisons, Food Service__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>     Last date of employment prior to imprisonment    10/99     </u>
5  <u>                                                                                                      </u>
6  <u>                                                                                                      </u>

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or            Yes ___ No _X_
10         self employment
11     b.  Income from stocks, bonds,        Yes ___ No _X_
12         or royalties?
13     c.  Rent payments?                   Yes ___ No _X_
14     d.  Pensions, annuities, or            Yes ___ No _X_
15         life insurance payments?
16     e.  Federal or State welfare payments,    Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 <u>                                                                                                      </u>
22 <u>                                                                                                      </u>

23 3.  Are you married?                      Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No  X
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No  X
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ___ No  X  (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No  X  Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No  X
20 _____
21 8.  What are your monthly expenses?
22 Rent: $  N/A  _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____               $ _____              $ _____
27 _____               $ _____              $ _____
28 _____               $ _____              $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Restitution    129,000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 28, 2008

DATE                              SIGNATURE OF APPLICANT

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ 0.02 on account at the FCI Dublin institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ 99.98. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 105.62.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

7-25-08
Date

_____
Authorized Officer of Institution (Signature)

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 92659022 | Current Institution: | Dublin FCI |
| Inmate Name: | SANTIAGO JEANINI | Housing Unit: | DUB-B-A |
| Report Date: | 07/25/2008 | Living Quarters: | B03-171L |
| Report Time: | 3:19:56 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

Administrative Hold Indicator: No
No Power of Attorney: No
Never Waive NSF Fee: No
Max Allowed Deduction %: 100
PIN: 2892
PAC #: 336306298
FRP Participation Status: Participating
Arrived From: HON
Transferred To:
Account Creation Date: 11/16/2005
Local Account Activation Date: 4/11/2008 6:10:59 AM

Sort Codes:
Last Account Update: 7/21/2008 6:59:29 PM
Account Status: Active
Phone Balance: $0.09

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $50.00 | 0% |

## Account Balances

Account Balance: $0.02
Pre-Release Balance: $0.00
Debt Encumbrance: $0.00
SPO Encumbrance: $0.00
Other Encumbrances: $0.00
Outstanding Negotiable Instruments: $0.00
Administrative Hold Balance: $0.00
Available Balance: $0.02
National 6 Months Deposits: $1,105.62
National 6 Months Withdrawals: $1,163.28
National 6 Months Avg Daily Balance: $53.40
Local Max. Balance - Prev. 30 Days: $99.98
Average Balance - Prev. 30 Days: $30.21